UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

JOEANNA MARIE LANE,           ]
                              ]
    Plaintiff,                ]
                              ]
v.                            ]    No. 2-08-0091
                              ]    JUDGE HAYNES
                              ]
MASTERBRAND CABINETS, INC.,   ]
                              ]
    Defendant.                ]

O R D E R

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 28) is **GRANTED** as to Plaintiff's claims under Title VII of the Civil Rights Act, as amended. Plaintiff's motion to strike (Docket Entry No. 37) is **DENIED**. This action is **DISMISSED** with prejudice except as to Plaintiff's state law claims that are **DISMISSED without prejudice** for lack of jurisdiction.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___ day of May, 2010.

_____
WILLIAM J. HAYNES, JR.
United States District Judge